UNITED STATES of America,
Plaintiff–Appellee

v.

Kristi Lynn GRIFFITH, Defendant–
Appellant.

No. 06–41770

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2007.

Ernest Gonzalez, U.S. Attorney's Office Eastern District of Texas, Plano, TX, for Plaintiff–Appellee.

Denise S. Benson, Assistant Federal Public Defender, Federal Defender's Office Eastern District of Texas, Tyler, TX, for Defendant–Appellant.

Before REAVLEY, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Kristi Lynn Griffith has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Griffith has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the AP-

PEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.